psychological trauma therefrom, we believe that trauma would also result if a transfer of custody from plaintiff is granted and, from our review of the record, we are of the opinion that the evidence as to change of conditions affecting the best interests of the children was insufficient to warrant a transfer of custody.

For the reasons stated, the judgment is affirmed.

Affirmed.

DRUCKER and LORENZ, JJ., concur.

CORONET INSURANCE COMPANY, Plaintiff-Appellant, Cross-Appellee, *v.* CHARM HOME CARPETING, INC., Defendant-Appellee, Cross-Appellant.

(No. 57009;

First District (1st Division)—May 6, 1974.

Opinion by Mr. JUSTICE BURKE.

Haft, Shapiro and Haft, of Chicago (Morris A. Haft, of counsel), for appellant.

White, White & Berman, of Chicago (Arthur L. Berman and William H. Martay, of counsel), for appellee.